Karen B. WYCHE, Plaintiff—
Appellant,

v.

VIRGINIA STATE UNIVERSITY,
Defendant—Appellee.

No. 05–6881.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 28, 2005.

Karen B. Wyche, Appellant Pro Se. David Edward Johnson, Judith Williams Jagdmann, Office of the Attorney General of Virginia, Richmond, Virginia; Roscoe Connell Roberts, Virginia State University, Petersburg, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

* The case was decided by the magistrate judge upon consent of the parties. 28 U.S.C.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karen B. Wyche, proceeding pro se, appeals the magistrate judge's order * granting the Defendant's motion to dismiss with prejudice for failure to comply with various procedural and court directives. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wyche v. Virginia State University*, No. CA–04–766–DWD (E.D.Va. May 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*